DISTRICT JUDGE BENJAMIN H. SETTLE
MAGISTRATE JUDGE DAVID W. CHRISTEL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BROOKE LYN SONIA,<br><br>Plaintiff,<br><br>v.<br><br>KARIE RAINER, et al.,<br><br>Defendants. | NO. 3:19-cv-5979-BHS-DWC<br><br>NOTICE OF APPEARANCE |

**TO:** **CLERK OF THE ABOVE-ENTITLED COURT; and**

**TO:** **BROOKE LYN SONIA, Plaintiff, Pro Se**

YOU, AND EACH OF YOU, PLEASE TAKE NOTICE that CANDIE M. DIBBLE, Assistant Attorney General, hereby appears as counsel for Defendants, BART ABPLANALP, PH.D., KEVIN BOVENKAMP, BRUCE GAGE, SARA KARIKO, MD, KARIE RAINER, and TONY ROME, in the above-referenced matter, without waiving objection as to sufficiency of

NOTICE OF APPEARANCE
No. 3:19-cv-5979-BHS-DWC

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

service of process or jurisdiction of this Court, and requests that notice of any and all further proceedings except service of Summons and Complaint in said action be served upon the undersigned attorney at the address stated below.

RESPECTFULLY SUBMITTED this 19th day of March, 2020.

ROBERT W. FERGUSON
Attorney General

s/ Candie M. Dibble
CANDIE M. DIBBLE, WSBA #42279
Assistant Attorney General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123
Candie.Dibble@atg.wa.gov

NOTICE OF APPEARANCE
No. 3:19-cv-5979-BHS-DWC

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123