UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRETT BROOKE SONIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KARIE RAINER, et al.,<br><br>　　　　Defendants. | CASE NO. 3:19-CV-5979-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: September 17, 2020 |

　　　　The District Court referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Before the Court is the parties' Stipulation and Proposed Order of Dismissal With Prejudice ("Stipulation). Dkt. 43.

　　　　Plaintiff initiated this action on October 12, 2019. Dkt. 1. On December 30, 2019, the undersigned directed service of the Amended Complaint. Dkt. 12, 13. On February 26, 2020, Defendants filed an Answer. Dkt. 25. On March 5, 2020, the undersigned entered a Pretrial Scheduling Order. Dkt. 29. The parties subsequently filed the Stipulation on September 16, 2020 stating the parties fully settled and compromised the claims in this case. Dkt. 43.

1 Pursuant to the Stipulation (Dkt. 43), the undersigned recommends the case be dismissed
2 with prejudice. Given the parties' stipulation, the Court recommends the District Judge
3 immediately approve this Report and Recommendation.
4     Dated this 17th day of September, 2020.

*[signature]*

David W. Christel
United States Magistrate Judge