UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRETT BROOKE SONIA,

                Plaintiff,

    v.

KARIE RAINER, et al.,

                Defendants.

CASE NO. 3:19-CV-5979-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 44. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Pursuant to the parties' Stipulation, Dkt. 43, the case is **DISMISSED** with prejudice; and

(3)     The Clerk shall enter JUDGMENT and close this case.

\
\
\

1     Dated this 6th day of October, 2020.

2

3

                                         BENJAMIN H. SETTLE
4                                          United States District Judge

ORDER - 2